DAN RAYFIELD
Attorney General
JESSICA B. SPOONER  #105919
Senior Assistant Attorney General
JASON BROWN #171846
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: jessica.b.spooner@doj.oregon.gov
            jason.brown@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RACHAEL TAYLOR, | Case No.  3:25-cv-01051-MTK |
| Plaintiff, | JOINT RULE 26(F) REPORT |
| v. | |
| BRANDON KELLY; CLAYTON BORDEN; CYNTHIA PORTER; ROBERT ADAMSON; TOBY TOOLEY; BRYAN SUNDQUIST; RYAN HAKOLA; STEVEN HALE; WILLIAM SNYDER; JAMIE BREYMAN; KAREN RHOADES; ANNA PORTNOY; TONYA WELEBER; LUNA SUNG; and TERRY SHANLEY, | |
| Defendants. | |

Defendants hereby respectfully submit the following Joint Rule 26(F) Report on behalf of both parties and respectfully request the following deadlines in this case.

Deadline to Amend Pleadings: March 6, 2026

Page 1 -   JOINT RULE 26(F) REPORT
         J9S/a4s/1000716239

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Discovery Deadline: April 7, 2026

Joint ADR Report: May 7, 2026

Dispositive Motion Deadline: June 8, 2026

Expert Discovery Deadline: deferred for now, pending completion of discovery and potential resolution of case

DATED October  7, 2025.

    Respectfully submitted,

    DAN RAYFIELD
    Attorney General


    *s/Jessica B. Spooner*
    JESSICA B. SPOONER #105919
    Senior Assistant Attorney General
    JASON BROWN #171846
    Senior Assistant Attorney General
    Trial Attorneys
    Tel (503) 947-4700
    Fax (503) 947-4791
    jessica.b.spooner@doj.oregon.gov
    jason.brown@doj.oregon.gov
    Of Attorneys for Defendants

Page 2 -    JOINT RULE 26(F) REPORT
J9S/a4s/1000716239

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on October  7, 2025, I served the foregoing JOINT RULE 26(F) REPORT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| John D Burgess<br>Carl Post<br>Law Offices of Daniel Snyder<br>1000 S.W. Broadway, Ste 2400<br>Portland, OR 97205<br>    *Of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL<br>*johnburgess@oregoncivilrights.com;*<br>*carlpost@oregoncivilrights.com;*<br>*anna@oregoncivilrights.com;*<br>___ E-SERVE |

          *s/Jessica B. Spooner*
JESSICA B. SPOONER #105919
Senior Assistant Attorney General
JASON BROWN #171846
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
jessica.b.spooner@doj.oregon.gov
jason.brown@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -    CERTIFICATE OF SERVICE
            J9S/a4s/993773993

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791